UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Genx Mobile Incorporated, a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>HTI IP, LLC,<br><br>    Defendant.<br>_____/ | No. C08-00374<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for May 6, 2008 before the Honorable Judge Howard R. Lloyd has been vacated.

Dated: April 30, 2008                                           RICHARD W. WIEKING,
                                                                                United States District Court

                                                                                 */s/ Patty Cromwell*
                                                                                 By: Patty Cromwell
                                                                                 Courtroom Deputy Clerk to
                                                                                 Magistrate Judge Howard R. Lloyd

*United States District Court*
*For the Northern District of California*

1
2  THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:
3
4  Robert Edward Krebs    rkrebs@thelenreid.com, avaldivia@thelenreid.com
5  Christopher Lee Ogden    cogden@thelen.com, mwaller@thelenreid.com, yespinoza@thelenreid.com
6

**United States District Court**
For the Northern District of California