**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
——————
www.cand.uscourts.gov

Richard W. Wieking                                          General Court Number
Clerk                                                                       408.535.5364

**April 30, 2008**

**CASE NUMBER:  CV 08-00374 HRL**
**CASE TITLE:  GENX MOBILE INCORPORATED-v-HIT IP, LLC**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.  Case reassigned

to the **Honorable Saundra Brown Armstrong** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SBA** immediately after

the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 04/29/08

FOR THE EXECUTIVE COMMITTEE:

_____
Richard W. Wieking
                                                                                Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                           Entered in Computer 04/30/08 tsh

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                   Transferor CSA