ROBERT E. KREBS, CA BAR NO. 57526, rkrebs@thelen.com
CHRISTOPHER L. OGDEN, CA BAR NO. 235517, cogden@thelen.com
THELEN REID BROWN RAYSMAN & STEINER LLP
225 West Santa Clara Street, Suite 1200
San Jose, CA 95113-1723
Tel. 408.292.5800
Fax 408.287.8040

RONALD F. LOPEZ, CA BAR NO. 111756, rflopez@thelen.com
LISA C. MCCURDY, CA BAR NO. 228755, lmccurdy@thelen.com
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, CA 94105–3606
Tel. 415.371.1200
Fax 415.371.1211

*Attorneys for Plaintiffs*
*GENX MOBILE INCORPORATED*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENX MOBILE INCORPORATED, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HTI IP, LLC, a Delaware corporation,<br><br>Defendant. | **Case No.: 08-cv-00374 HRL**<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff GenX Mobile Incorporated hereby voluntarily dismisses this action with prejudice.

Dated: May 13, 2008

THELEN REID BROWN RAYSMAN & STEINER

By:  /s/
Robert E. Krebs
Ronald F. Lopez
Christopher L. Ogden
Lisa C. McCurdy

*Attorneys for plaintiff GenX Mobile Incorporated*