AO 120 (Rev. 2/99)

| TO: | Mail Stop 8<br>Director of the U.S. Patent & Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court <u>Northern District of California</u> on the following   X  Patents or   ☐ Trademarks:

| DOCKET NO.<br>CV 08-00374 HRL | DATE FILED<br>1/18/2008 | U.S. DISTRICT COURT<br>Northern District of California, 280 South First Street, San Jose, CA 95113 |
|---|---|---|
| PLAINTIFF<br>GENX MOBILE INCORPORATED | | DEFENDANT<br>HIT IP, LLC |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | SEE ATTACHED COMPLAINT |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| ***NOTICE of Voluntary Dismissal, With Prejudice entered on 05/13/08*** |

| CLERK<br>Richard W. Wieking | (BY) DEPUTY CLERK<br>Jessie Mosley ~~Betty Walton~~ | DATE 05/13/08<br>~~January 22, 2008~~ |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Commissioner    Copy 3—Upon termination of action, mail this copy to Commissioner
Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner    Copy 4—Case file copy

E- FILED

MAY 1 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

#8

1  ROBERT E. KREBS, CA BAR NO. 57526, rkrebs@thelen.com
   CHRISTOPHER L. OGDEN, CA BAR NO. 235517, cogden@thelen.com
2  THELEN REID BROWN RAYSMAN & STEINER LLP
   225 West Santa Clara Street, Suite 1200
3  San Jose, CA 95113-1723
   Tel. 408.292.5800
4  Fax 408.287.8040

5  RONALD F. LOPEZ, CA BAR NO. 111756, rflopez@thelen.com
   LISA C. MCCURDY, CA BAR NO. 228755, lmccurdy@thelen.com
6  THELEN REID BROWN RAYSMAN & STEINER LLP
   101 Second Street, Suite 1800
7  San Francisco, CA 94105-3606
   Tel. 415.371.1200
8  Fax 415.371.1211

9  *Attorneys for Plaintiffs*
   GENX MOBILE INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENX MOBILE INCORPORATED, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HTI IP, LLC, a Delaware corporation,<br><br>Defendant. | Case No.: 08-cv-00374 ~~HRL~~ SBA<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff GenX Mobile Incorporated hereby voluntarily dismisses this action with prejudice.

Dated: May 13, 2008

THELEN REID BROWN RAYSMAN & STEINER

By: ___/s/___
Robert E. Krebs
Ronald F. Lopez
Christopher L. Ogden
Lisa C. McCurdy

*Attorneys for plaintiff GenX Mobile Incorporated*

SV #343277 v1                    -1-                    Case No. 08-cv-00374 ~~HRL~~ SBA
NOTICE OF DISMISSAL WITH PREJUDICE

Entered on Civil Docket 5/13/08